1  Timothy C. Williams, Esq., SBN 128520
2  D. Alexander Floum, Esq., SBN 152287
   THE WILLIAMS FIRM
3  1850 Mt. Diablo Blvd., Suite 340
   Walnut Creek, California 94596
4  Telephone:  (925) 933-9800
   Facsimile:  (925) 933-9810
5  Email: afloum@williams-firm.com

6
   Attorneys for Plaintiffs, ROBERT and SUZANNE HARVEY,
7  husband and wife, and THE ROBERT J. AND SUZANNE R.
   HARVEY FAMILY TRUST OF 1997, a California trust
8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11  ROBERT    and    SUZANNE    HARVEY,        CASE NO:
    husband and wife;  THE ROBERT J.
12  AND   SUZANNE   R.   HARVEY   FAMILY        VERIFIED COMPLAINT FOR:
    TRUST   OF   1997,   a   California
13  trust;                                       (1)  COPYRIGHT
                                                      INFRINGEMENT (17
14                      Plaintiffs,                    U.S.C. §§501 et
                                                      seq.);
15  v.                                           (2)  FALSE DESIGNATION
                                                      OF ORIGIN (15
16                                                    U.S.C. §§1125 et
                                                      seq.);
17  PETER LANG PUBLISHING INC., a New            (3)  INTENTIONAL
    York corporation;    and DOES 1                   INTERFERENCE WITH
18  through 100, inclusive,                           CONTRACTUAL
                                                      RELATIONS;
19                      Defendants.              (4)  INTENTIONAL
                                                      INTERFERENCE WITH
20                                                    PROSPECTIVE
                                                      ECONOMIC ADVANTAGE;
21                                               (5)  NEGLIGENT
                                                      INTERFERENCE WITH
22                                                    CONTRACTUAL
                                                      RELATIONS;
23                                               (6)  NEGLIGENT
                                                      INTERFERENCE WITH
24                                                    PROSPECTIVE
                                                      ECONOMIC ADVANTAGE;
25                                               (7)  UNFAIR COMPETITION;
                                                 (8)  CONSTRUCTIVE TRUST;
26                                               (9)  ACCOUNTING; AND
                                                 (10) INJUNCTIVE RELIEF
27
                                                 DEMAND FOR JURY TRIAL
28

                              -1-

1  Plaintiffs, ROBERT and SUZANNE HARVEY, husband and wife, and
2  THE ROBERT J. AND SUZANNE R. HARVEY FAMILY TRUST OF 1997, a
3  California trust, allege as follows:

### PARTIES

5  1.  Plaintiffs, ROBERT and SUZANNE HARVEY, are, and at all
6  times mentioned herein were, husband and wife, residing in the
7  City of Alamo, County of Contra Costa, State of California
8  (collectively the "HARVEYS").

9  2.  Plaintiff, THE ROBERT J. AND SUZANNE R. HARVEY FAMILY
10  TRUST OF 1997, is a California trust, with its principal place of
11  business in the City of Alamo, County of Contra Costa, State of
12  California (the "TRUST"). The HARVEYS and the TRUST are
13  hereinafter collectively referred to as "Plaintiffs".

14  3.  Plaintiffs are informed and believe, and thereon
15  allege, that Defendant, PETER LANG PUBLISHING, INC., is, and at
16  all times mentioned herein was, a corporation organized and
17  existing under the laws of the State of New York, with its
18  principal place of business in the City of New York, County of
19  New York, State of New York, and actually doing business in the
20  State of California  ("LANG" or "Defendant").

21  4.  Plaintiff is informed and believes, and thereon
22  alleges, that, at all times relevant hereto, Defendants, and each
23  of them, were the agents, servants, joint venturers, partners,
24  employees and/or co-conspirators of the other Defendants named
25  herein and that, at all times relevant hereto, each of the
26  Defendants was acting within the course and scope of said
27  relationship with said Defendants.

28  5.  Plaintiff is ignorant of the true names and capacities

-2-

1  of Defendants sued herein as Does 1 through 100, inclusive, and
2  therefore sue these Defendants by their fictitious names.
3  Plaintiff is informed and believes, and thereon alleges, that
4  each of the fictitiously named Defendants, Does 1 through 100, is
5  responsible for the acts and omissions alleged herein, and/or
6  otherwise liable to Plaintiff for payment of damages as alleged
7  in this Complaint. Plaintiff will amend this Complaint to allege
8  their true names and capacities when ascertained.

9                          **JURISDICTION**

10       6.   The district court has jurisdiction over the instant
11  action pursuant to 28 U.S.C. §1338(a) because it involves a claim
12  relating to copyrights.

13       7.   The district court also has jurisdiction over the
14  instant action pursuant to 28 U.S.C. §1338(b) because it involves
15  a claim for unfair competition joined with and related to a claim
16  under the copyright protection laws.

17       8.   The district court also has jurisdiction over the
18  instant action pursuant to 15 U.S.C. §1125(a) because it involves
19  a claim for false designation of origin.

20       9.   The district court also has supplemental jurisdiction
21  over the remaining claims pursuant to 28 U.S.C. §1367 as they
22  arise from a common nucleus of operative fact such that a
23  plaintiff would ordinarily be expected to try them in one
24  judicial proceeding.

25                **INTRADISTRICT ASSIGNMENT AND VENUE**

26
27       10.  Venue is proper under 28 U.S.C. §1400(a) as Defendant,
   LANG, may be found in this district, is doing business in this
28  district, sells products in this district, because Plaintiffs

-3-

1 reside in and were injured in this district, infringement has
2 occurred in this district, as a substantial part of the events
3 giving rise to these claims occurred in this judicial district,
4 and Defendant, LANG, has at least the minimum contacts with this
5 district necessary to confirm jurisdiction and venue in this
6 district.

7     11. Venue is also proper under 28 U.S.C. §1391(b)(2) and/or
8 (3), a substantial part of the events giving rise to these claims
9 occurred in this judicial district, and because Defendant, LANG,
10 is subject to personal jurisdiction in this judicial district.
11 The instant case is of a type proper in this district.

12                   **FACTS AND ALLEGATIONS COMMON TO ALL CLAIMS**

13     12. The HARVEYS are well-known authors, entrepreneurs and
14 esteemed former college professors.

15     13. In 1997, the HARVEYS authored a book entitled "Virtual
16 Reality and the College Freshman: All Our Friends Are 18" (the
17 "Book").

18     14. The HARVEYS wrote all of the text for the Book.

19     15. Plaintiff, ROBERT HARVEY, took all of the photographs
20 used in the book.

21     16. The cover artwork for the Book was a work for hire
22 created for the HARVEYS.

23     17. In or about August of 1997, Plaintiffs printed the
24 first copies of the Book.

25     18. In or about 1998, the HARVEYS formed Alamo Trails
26 Press, as partners, in order to publish their books and writings.

27     19. In or about March of 1999, the HARVEYS published the
28 Book by acts, including, but not limited to, selling copies of

-4-

1  the Book.

2      20.  In or about June 1997, the HARVEYS assigned all of
3  their copyright interests in and to the book to the TRUST.

4      21.  On or about February 27, 2009, the United States
5  Copyright Office issued a copyright registration for the Book,
6  being U.S. Copyright Registration Number TX 6 900 257. A true
7  and correct copy of the certificate for U.S. Copyright
8  Registration Number TX 6-900-257 is attached hereto as Exhibit
9  "A", and is incorporated herein by this reference.

10                  DEFENDANTS' INFRINGEMENT AND UNLAWFUL ACTIONS

11     22.  On or about June 30, 1998, the HARVEYS met with LANG at
12  LANG's offices in New York City. During that meeting, LANG
13  presented the HARVEYS with a publishing contract, wherein LANG
14  offered to publish the Book for the HARVEYS.

15     23.  The HARVEYS rejected LANG's offer, and informed LANG
16  that the HARVEYS would publish the Book themselves.

17     24.  Plaintiffs are informed and believe, and thereon
18  allege, that beginning at a time unknown and continuing to the
19  present, Defendants, LANG, and DOES 1 through 100, have actively
20  engaged in the illegal and unlawful business of advertising,
21  distributing, and selling counterfeit versions of the Book.

22     25.  By way of example only, Plaintiffs are informed and
23  believe, and thereon allege, that at all times relevant hereto,
24  LANG's counterfeit version of the Book was listed for sale on the
25  American, German, French and Japanese versions of Amazon's
26  websites.  True and correct copies of printouts of Amazon and
27  other websites from around the world listing counterfeit versions
28  of the Book are collectively attached hereto as Exhibit "B", and

-5-

1  are incorporated herein by this reference.

2      26. Plaintiffs are further informed and believe, and
3  thereon allege, that LANG obtained an international book number
4  registration in Germany for its counterfeit version of the Book.

5      27. Plaintiffs are further informed and believe, and
6  thereon allege, that LANG distributed its counterfeit version of
7  the Book to bookstores, libraries and consumers worldwide.

8      28. Plaintiffs are further informed and believe, and
9  thereon allege, that Defendants, LANG, and DOES 1 through 100,
10  have undertaken and are continuing to undertake these illegal
11  practices.

12      29. Defendants, LANG, and DOES through 100's, continued
13  distribution and sale its counterfeit version of the Book has
14  caused and is continuing to cause consumers to be confused,
15  mistaken or deceived about the authenticity of the Book, is
16  making it difficult for consumers to obtain copies of the Book,
17  and caused and is causing harm to Plaintiffs' reputation and
18  goodwill.

19      30. Defendants, LANG, and DOES through 100's, violations
20  are willful, deliberate, and committed with prior notice and
21  knowledge of Plaintiffs' copyrights and trademark rights in the
22  Book and in their names.

23  **FIRST CAUSE OF ACTION**
    **(COPYRIGHT INFRINGEMENT, 17 U.S.C §§501 ET SEQ.)**
24  **(Against Defendants, LANG, and DOES 1 through 100)**

25      31. Plaintiffs refer to the allegations contained in
26  paragraphs 1 through 30, inclusive, and incorporate those
27  allegations herein as though fully set forth.

28      32. The TRUST is the sole owner of the Book, and of all

-6-

VERIFIED COMPLAINT OF ROBERT HARVEY ET AL.

1 | corresponding copyrights and Certificates of Registration.

2 |     33. Defendants, LANG, and DOES 1 through 100, have
3 | infringed Plaintiffs' copyrights in the Book, including
4 | Plaintiffs' registered copyright and bearing Plaintiff's
5 | trademarks or imitations thereof, by, on information and belief,
6 | distributing counterfeit version of the Book in the United States
7 | of America, without approval or authorization from Plaintiffs.

8 |     34. Plaintiffs are informed and believe, and thereon
9 | allege, that Defendant, LANG's, conduct has been willful within
10 | the meaning of the Copyright Act. At a minimum, Defendants,
11 | LANG, and DOES 1 through 100, acted with willful blindness to and
12 | in reckless disregard of Plaintiffs' copyrights.

13 |     35. As a result of its wrongful conduct, Defendants, LANG,
14 | and DOES 1 through 100, are liable to Plaintiffs for copyright
15 | infringement. Plaintiffs have suffered and will continue to
16 | suffer, substantial losses, including, but not limited to, damage
17 | to their business reputation and goodwill. Plaintiffs are
18 | entitled to recover damages, which include their losses and all
19 | profits Defendant have made as a result of their wrongful
20 | conduct, pursuant to 17 U.S.C. §504(b).

21 |     36. Alternatively, Plaintiffs are entitled to statutory
22 | damages pursuant to 17 U.S.C. §504(c). In addition, because
23 | Defendants, LANG, and DOES through 100's, infringement has been
24 | willful within the meaning of the Copyright Act, the award of
25 | statutory damages should be enhanced pursuant to 17 U.S.C.
26 | §504(c)(2).

27 |     37. Plaintiffs are also entitled to injunctive relief
28 | enjoining Defendant, LANG's, wrongful conduct pursuant to 17

1   U.S.C. §502 and an order impounding all infringing materials
2   pursuant to 17 U.S.C. §§503 and 509(a). Plaintiffs have no
3   adequate remedy at law for defendant's wrongful conduct because,
4   among other things; (1) Plaintiffs' copyrights are unique and
5   valuable property which have no readily determinable market
6   value; (b) Defendant, LANG's, infringement harms Plaintiffs'
7   business reputation and goodwill such that Plaintiffs could not
8   be made whole by any monetary award; and (c) Defendant, LANG's,
9   wrongful conduct, and the resulting damage to Plaintiffs, is
10   continuing.

11      38. Plaintiffs are also entitled to recover their
12   attorney's fees and costs of suit pursuant to 17 U.S.C. §505. At
13   all times relevant hereto, Defendants, LANG, and DOES 1 through
14   100, have acted with malice and bad intent. By reason of the
15   above-mentioned unlawful acts by Defendants, LANG, and DOES 1
16   through 100, it has become necessary for Plaintiffs to employ
17
18   the Williams Firm to commence and prosecute this action, with
19   the reasonable value of services as counsel in this action to be
20   determined by the Court at the time of trial.

21                   **SECOND CAUSE OF ACTION**
          **(FALSE DESIGNATION OF ORIGIN, 15 U.S.C. §§**
22                     **1125 ET SEQ.)**
    **(Against Defendants, LANG, and DOES 1 through 100)**
23
24      39. Plaintiffs refer to the allegations contained in
25   paragraphs 1 through 38, inclusive, and incorporate those
26   allegations herein as though fully set forth.

27      40. Plaintiffs, the HARVEYS, have developed secondary
28   meaning and substantial goodwill in their names through many
  years as well-respected college professors, entrepreneurs and

-8-

1 authors.

2 41. Plaintiffs developed secondary meaning and substantial
3 goodwill in the title of the Book. By way of example only, in
4 1999, the Book received highly favorable reviews in Time
5 Magazine, USA Today, The Washington Times, the Oakland Tribune,
6 The Herald-Sun, and other publications.

7 42. Plaintiffs are informed and believe, and thereon
8 allege, that Defendants, LANG, and DOES through 100's, wrongful
9 conduct includes the use, advertising, marketing, and offering
10 for distribution of Plaintiffs' marks, title of the Book, names
11 and other unique indications of source and origin in a manner
12 which is virtually indistinguishable from Plaintiffs' Book and
13 other intellectual property.

14 43. Such use, advertising, marketing, and offering for
15 distribution of Plaintiffs' marks, title of the Book, names and
16 other unique indications of source and origin is likely to cause
17 confusion, mistake or deception as to the source, origin,
18 endorsement or sponsorship of the Book, the counterfeit version
19 of the Book, and any related materials.

20 44. Defendants, LANG, and DOES 1 through 100, engaged in
21 such wrongful conduct with the willful purpose of (a) misleading,
22 deceiving or confusing customers and the public as to the origin
23 and authenticity of the goods and services offered, marketed or
24 distributed in connection with Plaintiffs' marks, title of the
25 Book, names, and other unique indications of source and goodwill,
26 and (b) trading upon Plaintiff's business reputation and
27 goodwill.

28 45. Defendants, LANG, and DOES 1 through 100's, conduct

-9-

1  constitutes (a) false designation of origin, (b) false or
2  misleading description, and (c) false or misleading
3  representation that the imitation visual design originate from or
4  are authorized by Plaintiff, all in violation of §43(a) of the
5  Lanham Trademark Act, set forth at 15 U.S.C. §1125(a).

6      46. Defendants' wrongful conduct is likely to continue
7  unless restrained and enjoined.

8      47. As a result of defendant's wrongful conduct, Plaintiffs
9  have suffered and will continue to suffer substantial losses,
10 including, but not limited to, damage to their business
11 reputation and goodwill.

12     48. Plaintiffs are entitled to injunctive relief enjoining
13 Defendants' wrongful conduct pursuant to 15 U.S.C. §1125(a), and
14 to an order impounding all imitation books being used, offered,
15 advertised, marketed, or distributed by Defendants. Plaintiffs
16 have no adequate remedy at law for Defendants' wrongful conduct
17 because, among other things; (a) Plaintiffs' marks, title of the
18 Book, names, and other unique indications of source and goodwill
19 are unique and valuable property, which have no readily
20 determinable market value; (b) Defendant's advertising,
21 marketing, printing, and distribution of imitation of visual
22 designs and/or other proprietary property constitutes harm to
23 Plaintiffs' business reputation and goodwill such that Plaintiffs
24 could not be made whole by any monetary award; and (c)
25 Defendants' wrongful conduct, and the resulting damage to
26 Plaintiffs, is continuing.

27     49. The aforementioned acts of Defendants, LANG, and DOES 1
28 through 100, were willful, oppressive, fraudulent and malicious.

-10-

1   Plaintiffs are therefore entitled to punitive damages according
2   to proof, to the extent allowed by law.

3       50.  Plaintiffs are entitled to recover their attorney's
4   fees and costs of suit pursuant to 15 U.S.C. §1117. At all times
5   relevant hereto, Defendants, LANG, and DOES 1 through 100, have
6   acted with malice and bad intent. By reason of the above-
7   mentioned unlawful acts by Defendants, LANG, and DOES 1 through
8   100, it has become necessary for Plaintiffs to employ the
9
10  Williams Firm to commence and prosecute this action, with the
11  reasonable value of services as counsel in this action to be
12  determined by the Court at the time of trial.

13

14                          **THIRD CAUSE OF ACTION**
        **(INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS)**
15          **(Against Defendants, LANG, and DOES 1 through 100)**

16      51.  Plaintiffs refer to the allegations contained in
17  paragraphs 1 through 50, inclusive, and incorporate those
18  allegations herein as though fully set forth.

19      52.  Plaintiffs were involved in numerous valid and existing
20  business relationships with purchasers of the Book, and
21  Plaintiffs are informed and believe, and thereon allege, that
22  Defendants, LANG, and DOES 1 through 100, intentionally
23  interfered with such relationships.

24      53.  Defendants, LANG, and DOES 1 through 100, knew of the
25  relationship between Plaintiffs and their customers.

26      54.  Defendants, LANG, and DOES 1 through 100, intentionally
27  and wrongfully disrupted the relationships between Plaintiffs and
28  their customers by advertising for sale and, upon information and

                                -11-

1 | belief, selling counterfeit copies of the Book.

2 | 55. As a result of Defendants, LANG, and DOES 1 through
3 | 100's, intentional acts, the business relationships between
4 | Plaintiffs and its customers were disrupted in that customers
5 | either purchased Defendants, LANG, and DOES 1 through 100's,
6 | counterfeit version of the Book, or intended to purchase the Book
7 | but then changed their minds after seeing the advertisements for
8 | Defendants' counterfeit version of the Book and decided not to
9 | buy a copy of the Book at all.

10 | 56. Plaintiffs were involved in a valid and existing
11 | contractual and business relationship with their customers and/or
12 | potential customers.

13 | 57. Defendants, LANG, and DOES 1 through 100's,
14 | interference with the business relationship between Plaintiffs
15 | and their existing and prospective customers, has resulted in
16 | damage to Plaintiffs in a sum according to proof at trial.

17 | 58. As a further proximate result of Defendants, LANG, and
18 | DOES 1 through 100's, conduct, Plaintiffs will suffer foreseeable
19 | future damages in a sum according to proof at trial.

20 | 59. The aforementioned acts of Defendants, LANG, and DOES 1
21 | through 100, were willful, oppressive, fraudulent and malicious.
22 | Plaintiff is therefore entitled to punitive damages according to
23 | proof.

24 | 60. Defendants, LANG, and DOES 1 through 100, threaten to
25 | and unless enjoined, will disrupt other business relationships
26 | between Plaintiffs and its prospective customers or actual
27 | customers who use Plaintiffs' goods and/or services, to
28 | Plaintiffs' great and irreparable injury, for which damages would

-12-

1   not afford adequate relief, in that they would not completely
2   compensate for the injury to Plaintiffs' business reputation and
3   goodwill.

4        61.   Therefore, Plaintiffs seek injunctive relief to enjoin
5   Defendants, LANG, and DOES 1 through 100, or anyone acting on
6   such Defendants' behalf, from directly or indirectly interfering
7   with Plaintiffs' business relationships with its existing or
8   potential customers.

9        62.   Plaintiffs are informed and believe, and thereon
10  allege, that all times relevant hereto, Defendants, LANG, and
11  DOES 1 through 100, have acted with malice and bad intent. By
12  reason of the above-mentioned unlawful acts by said Defendants,
13  it has become necessary for Plaintiffs to employ the Williams
14  Firm to commence and prosecute this action, with the reasonable
15  value of services as counsel in this action to be determined by
16  the Court at the time of trial.

17

18                        **FOURTH CAUSE OF ACTION**
    **(INTENTIONAL INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE)**
19        **(Against Defendants, LANG, and DOES 1 through 100)**

20
21       63.   Plaintiffs refer to the allegations contained in
22  paragraphs 1 through 62, inclusive, and incorporate those
23  allegations herein as though fully set forth.

24       64.   Plaintiffs have economic relationships with numerous
25  potential customers, and such relationships include the
26  probability of future economic benefit.

27       65.   At all relevant times, Defendants, LANG, and DOES 1
28  through 100, knew or should have known of the existence of such
    relationships.

                              -13-

1    66.   Defendants, LANG, and DOES 1 through 100, wrongfully
2  and intentionally disrupted the relationships between Plaintiffs
3  and their potential customers by acts, including, but not limited
4  to, by advertising for sale and, upon information and belief,
5  selling counterfeit copies of the Book.

6    67.   As a result of Defendants, LANG, and DOES 1 through
7  100's, wrongful and intentional acts, the business relationships
8  between Plaintiffs and its potential customers were disrupted in
9  that customers either purchased Defendants, LANG, and DOES 1
10 through 100's, counterfeit version of the Book, or intended to
11 purchase the Book but then changed their minds after seeing the
12 advertisements for Defendants' counterfeit version of the Book
13 and decided not to buy a copy of the Book at all.

14   68.   Plaintiffs are informed and believe, and thereon
15 allege, that due to Defendants, LANG, and DOES 1 through 100's,
16 acts, there has been an actual disruption of Plaintiffs'
17 relationships with its potential customers.

18   69.   Defendants, LANG, and DOES 1 through 100's,
19 interference with the business relationship between Plaintiffs
20 and their prospective customers has resulted in damage to
21 Plaintiff in a sum according to proof at trial.

22   70.   As a further proximate result of Defendants, LANG, and
23 DOES 1 through 100's, conduct and the severance of Plaintiffs'
24 relationships with prospective customers, Plaintiffs will suffer
25 foreseeable future damages in a sum according to proof at trial.

26   71.   The aforementioned acts of Defendants, LANG, and DOES 1
27 through 100, were willful, oppressive, fraudulent and malicious.
28 Plaintiff is therefore entitled to punitive damages according to

-14-

VERIFIED COMPLAINT OF ROBERT HARVEY ET AL.

1  proof.

2  72. Defendants, LANG, and DOES 1 through 100, threaten to
3  and unless enjoined, will disrupt the business relationships
4  between Plaintiffs and their prospective customers, to
5  Plaintiffs' great and irreparable injury, for which damages would
6  not afford adequate relief, in that they would not completely
7  compensate for the injury to Plaintiffs' business reputation and
8  goodwill.

9  73. Therefore, Plaintiffs seek injunctive relief to enjoin
10 Defendants, LANG, and DOES 1 through 100, or anyone acting on
11 their behalf, from directly or indirectly interfering with
12 Plaintiffs' business relationships with its potential customers.

13 74. Plaintiffs are informed and believe, and thereon
14 allege, that all times relevant hereto, Defendants, LANG, and
15 DOES 1 through 100, have acted with malice and bad intent. By
16 reason of the above-mentioned unlawful acts by said Defendants,
17 it has become necessary for Plaintiffs to employ the Williams
18 Firm to commence and prosecute this action, with the reasonable
19 value of services as counsel in this action to be determined by
20 the Court at the time of trial.
21

22              **FIFTH CAUSE OF ACTION**
23 **(NEGLIGENT INTERFERENCE WITH CONTRACTUAL RELATIONS)**
   **(Against Defendants, LANG, and DOES 1 through 100)**
24
25 75. Plaintiffs refer to the allegations contained in
26 paragraphs 1 through 74, inclusive, and incorporate those
   allegations herein as though fully set forth.
27
   76. Plaintiffs were involved in numerous valid and existing
28 business relationships with customers and prospective customers,

                          -15-

1  and Defendants, LANG, and DOES 1 through 100, interfered with
2  such relationships, all as set forth in detail hereinabove.

3      77.  Defendants, LANG, and DOES 1 through 100, knew or
4  should have known of the relationships between Plaintiffs and
5  their customers.

6      78.  Defendants, LANG, and DOES 1 through 100, negligently
7  disrupted the relationships between Plaintiffs and their
8  existing and prospective customers, all as set forth in detail
9  hereinabove.

10     79.  As a result of said Defendants' negligent acts, the
11 business relationships between Plaintiffs and Plaintiffs'
12 existing and prospective customers were disrupted, all as set
13 forth in detail hereinabove.

14     80.  Defendants' interference with the business relationship
15 between Plaintiffs and their customers has resulted in damage to
16 Plaintiff in a sum according to proof at trial.

17     81.  As a further proximate result of Defendants, LANG, and
18 DOES through 100's, conduct Plaintiff will suffer foreseeable
19 future damages in a sum according to proof at trial.

20     82.  Defendants, LANG, and DOES through 100, threaten to and
21 unless enjoined, will disrupt other business relationships
22 between Plaintiffs and their customers, to Plaintiff's great and
23 irreparable injury, for which damages would not afford adequate
24 relief, in that they would not completely compensate for the
25 injury to Plaintiffs' business reputation and goodwill.

26     83.  Therefore, Plaintiffs seek injunctive relief to enjoin
27 Defendants, LANG, and DOES through 100, or anyone acting on said
28 Defendants' behalf, from directly or indirectly interfering with

-16-
VERIFIED COMPLAINT OF ROBERT HARVEY ET AL.

Plaintiffs' business relationships with its existing or potential customers.

84. At all times relevant hereto, Defendants, LANG, and DOES through 100, have acted with willful and wonton behavior in reckless disregard of Plaintiffs' rights. By reason of the above-mentioned unlawful acts by Defendants, LANG, and DOES through 100, it has become necessary for Plaintiffs to employ the Williams Firm to commence and prosecute this action, with the reasonable value of services as counsel in this action to be determined by the Court at the time of trial.

**SIXTH CAUSE OF ACTION**
**(NEGLIGENT INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE)**
**(Against Defendants, LANG, and DOES 1 through 100)**

85. Plaintiffs refer to the allegations contained in paragraphs 1 through 84, inclusive, and incorporate those allegations herein as though fully set forth.

86. Plaintiffs have economic relationships with numerous potential customers of the Book, and such relationships include the probability of future economic benefit.

87. At all relevant times, Defendants, LANG, and DOES through 100, knew or should have known of the existence of such relationships.

88. Defendants, LANG, and DOES through 100, negligently and wrongfully disrupted the relationships between Plaintiffs and their potential customers, all as set forth in detail hereinabove. Plaintiffs are informed and believes, and thereon alleges, that Defendants, LANG, and DOES through 100, interfered with Plaintiffs' business relations with its prospective

-17-

1  customers, all as set forth in detail hereinabove.

2  89. Due to Defendants, LANG, and DOES through 100's, acts,
3  there has been an actual disruption of Plaintiffs' relationships
4  with their potential customers, all as set forth in detail
5  hereinabove.

6  90. Defendants, LANG, and DOES through 100's, interference
7  with the business relationships between Plaintiffs and their
8  prospective customers has resulted in damage to Plaintiffs in a
9  sum according to proof at trial.

10  91. As a further proximate result of Defendants, LANG, and
11  DOES through 100's, conduct, Plaintiffs will suffer foreseeable
12  future damages in a sum according to proof at trial.

13  92. Defendants, LANG, and DOES through 100, threaten to
14  and unless enjoined, will disrupt the business relationships
15  between Plaintiffs and their prospective customers, to
16  Plaintiffs' great and irreparable injury, for which damages would
17  not afford adequate relief, in that they would not completely
18  compensate for the injury to Plaintiffs' business reputation and
19  goodwill. Therefore, Plaintiffs seek a permanent injunction to
20  enjoin Defendants, LANG, and DOES through 100, or anyone acting
21  on said Defendants' behalf, from directly or indirectly
22  interfering with Plaintiffs' business relationships with its
23  potential customers.

24  93. At all times relevant hereto, Defendants, LANG, and
25  DOES through 100, have acted with willful and wonton behavior in
26  reckless disregard of Plaintiffs' rights. By reason of the
27  above-mentioned unlawful acts by Defendants, LANG, and DOES
28  through 100, it has become necessary for Plaintiffs to employ

-18-

VERIFIED COMPLAINT OF ROBERT HARVEY ET AL.

1   the Williams Firm to commence and prosecute this action, with

2   the reasonable value of services as counsel in this action to be

3   determined by the Court at the time of trial.

### SEVENTH CAUSE OF ACTION
### (UNFAIR COMPETITION)
### (Against Defendants, LANG, and DOES 1 through 100)

7   94.   Plaintiffs   refer   to   the   allegations   contained   in

8   paragraphs   1   through   93,   inclusive,   and   incorporate   those

9   allegations herein as though fully set forth.

10   95.   Plaintiffs   are   informed   and   believe,   and   thereon

11   allege, that Defendants, LANG, and DOES through 100, committed

12   trademark   infringement,   false   designation   of   origin   and

13   interference with contractual and economic relations, all as

14   alleged hereinabove, for the purpose of putting Plaintiffs out of

15   business as an independent publisher and/or taking Plaintiffs'

16   customers.

17   96.   In addition, Plaintiffs are informed and believe, and

18   thereon alleges, that Defendants, LANG, and DOES through 100,

19   committed other acts of unfair competition and unfair business

20   practices, including, but not limited to:

21   (a)   Obtaining   a   book   identification   number   for   the

22   counterfeit version of the Book;

23   (b)   Widely advertising the counterfeit version of the Book;

24   and

25   (c) Other acts and omissions.

26   97.   Such actions are unlawful, unfair and fraudulent and

27   deceptive   business   acts   or   practices   which   thus   violate

28   California Business and Professions Code Sections 17200 et seq.

-19-

98. Defendants, LANG, and DOES through 100, threaten to and unless restrained, will continue to wrongfully interfere with Plaintiffs' existing and prospective customers.

99. As a proximate result of the above-mentioned acts of Defendants, LANG, and DOES through 100, Plaintiffs have been deprived of the patronage of a large number of its actual and potential customers, all to its damage in a sum according to proof at trial.

100. At all times relevant hereto, Defendants, LANG, and DOES through 100, have acted with malice and bad intent, or willfully and wantonly and in reckless disregard towards Plaintiffs' rights. By reason of the above-mentioned unlawful acts by Defendants, LANG, and DOES through 100, it has become necessary for Plaintiffs to employ the Williams Firm to commence and prosecute this action, with the reasonable value of services as counsel in this action to be determined by the Court at the time of trial.

### EIGHTH CAUSE OF ACTION
#### (CONSTRUCTIVE TRUST UPON ILLEGAL PROFITS)
#### (Against Defendants, LANG, and DOES 1 through 100)

101. Plaintiffs refer to the allegations contained in paragraphs 1 through 100, inclusive, and incorporate those allegations herein as though fully set forth.

102. Defendants, LANG, and DOES 1 through 100's, acts and conduct constitute deceptive, fraudulent, and wrongful conduct in the nature of passing off the infringing book as approved or authorized by Plaintiffs.

103. Plaintiffs are informed and believe, and thereon

-20-

1  allege, that by virtue of said defendants' wrongful acts and
2  conduct, defendants have illegally received money and profits
3  that rightfully belong to Plaintiffs.

4      104. Plaintiffs are also entitled, pursuant to 15 U.S.C.
5  §1117 and 17 U.S.C. §504(b), to recover all profits from
6  Defendants that are attributable to their acts of infringement or
7  violations thereof.

8      105. Upon information and belief, Defendants, LANG, and DOES
9  1 through 100, hold the illegally received money and profits in
10  the form of bank accounts, real property, and personal property
11  (including motor vehicles) that can be located and traced.

12     106. Said Defendants hold the money and profits they
13  illegally received as constructive trustee for the benefit of
14  Plaintiff.

15                    **NINTH CAUSE OF ACTION**
                          **(ACCOUNTING)**
16    **(Against Defendants, LANG, and DOES 1 through 100)**

17     107. Plaintiffs refer to the allegations contained in
18  paragraphs 1 through 106, inclusive, and incorporate those
19  allegations herein as though fully set forth.

20     108. Plaintiff is entitled, pursuant to 15 U.S.C. §1117 and
21  17 U.S.C. §504(b), to recover all profits of Defendants, LANG,
22  and DOES 1 through 100, that are attributable to their acts of
23  infringement or violations thereof.

24     109. The amount of money due from said Defendants to
25  Plaintiffs are unknown to Plaintiffs and cannot be ascertained
26  without a detailed accounting by said Defendants of the precise
27  number of units of infringing material offered for distribution
28  and distributed by Defendants.

## TENTH CAUSE OF ACTION
### (INJUNCTIVE RELIEF)
### (Against Defendants, LANG, and DOES 1 through 100)

110. Plaintiffs refer to the allegations contained in paragraphs 1 through 109, inclusive, and incorporate those allegations herein as though fully set forth.

111. Plaintiffs are informed and believe, and thereon allege, that unless restrained and enjoined, Defendants, LANG, and DOES 1 through 100's, conduct will cause Plaintiffs to suffer irreparable damages, injury, and harm, because Defendants, LANG, and DOES through 100, will continue to wrongfully publish counterfeit copies of the Book, to advertise the counterfeit version of the Book, and to wrongfully interfere with Plaintiff's business relationships.

112. Plaintiffs have no plain, adequate, or speedy remedy at law to protect its business reputation and to maintain their customer relationships, because it is difficult or impossible to set the amount of damages which Plaintiffs will suffer if Defendants, LANG, and DOES through 100, are not restrained, and because Plaintiffs will be forced to institute a multiplicity of suits to obtain adequate compensation for said Defendants' wrongdoing.

113. Plaintiffs request that the Court adjudge that Defendants, LANG, and DOES through 100, and each of their agents, employees, attorneys, successors, assigns, affiliates, and joint venturers and any person(s) in active concert or participation with them, and/or any person(s) acting for, with, by, through or under them, be enjoined and restrained at first during the pendency of this action and thereafter permanently from engaging,

-22-

1 committing or performing, directly or indirectly, any of all of
2 the following acts:

3     (a) Printing, publishing or circulating any
4 counterfeit copies of the Book;

5     (b) Selling any counterfeit copies of the Book;

6     (c) Distributing any counterfeit copies of the Book;

7     (d) Advertising any real or counterfeit copies of the
8 Book;

9     (e) Using Plaintiffs' name in commerce;

10     (f) Using the title of the Book in commerce;

11     (g) Using Plaintiffs' artwork, photographs or text in
12 commerce; or

13     (h) Obtaining any book identification numbers
14 concerning the Book or counterfeit versions of the Book.

15     114. Plaintiffs request that the Court issue an injunction
16 commanding Defendants, LANG, and DOES 1 through 100, as follows:

17     (a) that Defendants, LANG, and DOES 1 through 100,
18 shall publish a statement in all of the print publications,
19 websites, television and radio media, and other media,
20 advertising and sales channels in which any advertisement for the
21 counterfeit copy of the Book was published or by means of which
22 any sales of the counterfeit copy of the Book were made, stating
23 that Plaintiffs have sole copyright rights in and to the Book and
24 the sole right to publish the Book, and that, at all times
25 relevant hereto, Defendants, LANG, and DOES 1 through 100, had no
26 right to publish the Book.

27     WHEREFORE, Plaintiffs pray for judgment against Defendants,
28 and each of them, as follows:

-23-

VERIFIED COMPLAINT OF ROBERT HARVEY ET AL.

1. That the Court enter a judgment against Defendants, LANG, and DOES 1 through 100, finding that they have:

    a. Willfully infringed Plaintiffs' rights in a federally registered copyright;

    b. Committed and are committing acts of false designation of origin, false or misleading description of fact, and false or misleading representation against Plaintiffs; and

    c. Otherwise injured the business reputation and business of Plaintiffs by the acts and conduct set forth in this Complaint;

2. That the Court issue a temporary restraining order, preliminary injunction and permanent injunction all enjoining Defendants, LANG, and DOES 1 through 100, and each of their agents, employees, attorneys, successors, assigns, affiliates, and joint venturers and any person(s) in active concert or participation with them, and/or any person(s) acting for, with, by, through or under them, from engaging, committing or performing, directly or indirectly, any or all of the following acts:

    (a) Printing, publishing or circulating any counterfeit copies of the Book;

    (b) Selling any counterfeit copies of the Book

    (c) Distributing any counterfeit copies of the Book;

    (d) Advertising any real or counterfeit copies of the Book;

    (e) Using Plaintiffs' name in commerce;

    (f) Using the title of the Book in commerce;

    (g) Using Plaintiffs' artwork, photographs or text in

-24-
VERIFIED COMPLAINT OF ROBERT HARVEY ET AL.

1  commerce; or

2      (h)   Obtaining   any   book   identification   numbers
3  concerning the Book or counterfeit versions of the Book.

4      3. That the Court issue an injunction commanding
5  Defendants, LANG, and DOES 1 through 100, as follows:

6      (a)  that  Defendants,  LANG,  and  DOES  1
7  through 100, shall publish a statement in all of the
8  print publications, websites, television and radio
9  media, and other media, advertising and sales channels
10 in which any advertisement for the counterfeit copy of
11 the Book was published or by means of which any sales
12 of the counterfeit copy of the Book were made, stating
13 that Plaintiffs have sole copyright rights in and to
14 the Book and the sole right to publish the Book, and
15 that, at all times relevant hereto, Defendants, LANG,
16 and DOES 1 through 100, had no right to publish the
17 Book; and

18     4. That the Court enter an order impounding all counterfeit
19 and infringing versions or copies of the Book and/or materials
20 bearing Plaintiffs' names, marks, title of the Book, text or
21 artwork, and any related items, including business records, that
22 are in Defendants' possession or under Defendants' control, and
23 ordering all remedial destruction of all impounded items;

24     5. That the Court enter an order that Defendants, LANG, and
25 DOES 1 through 100, hold in trust, as constructive trustees for
26 the benefit of Plaintiffs, all "profits" received by such
27 defendants from their distribution or sale of counterfeit or
28 infringing copies of the Book and/or materials, and issue

-25-

1 temporary, preliminary and permanent injunctive relief enjoining
2 and restraining said Defendants and their agents from
3 transferring, concealing or dissipating any profits and assets
4 acquired in whole or in part with those profits;

5 6. That the Court enter an order requiring Defendants, LANG,
6 and DOES 1 through 100, to provide Plaintiffs a full and complete
7 accounting of all profits received by said Defendants from their
8 distribution or sale of counterfeit and infringing books and/or
9 materials, and of any other amounts due and owing to Plaintiffs
10 as a result of Defendants' illegal activities;

11 7. That the Court order Defendants, LANG, and DOES 1 through
12 100, to pay Plaintiffs' general, special, actual and statutory
13 damages, including said defendants' profits, for Defendants'
14 willful infringement of Plaintiffs' copyrights;

15 8. For damages for false designation of origin, interference
16 with contract and prospective business advantage and unfair
17 competition in a sum according to proof;

18 9. For an award to Plaintiff of prejudgment and post judgment
19 interest and costs of suit, including reasonable attorneys' fees;

20 10. For exemplary and punitive damages in a sum according to
21 proof at the time of trial; and

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-26-

11. For such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Dated:   March 17, 2009

D. Alexander Floum, Esq.
THE WILLIAMS FIRM
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, California 94596
Telephone: (925) 933-9800
Facsimile: (925) 933-9810
Email: afloum@williams-firm.com

Attorneys for Plaintiffs,
ROBERT and SUZANNE HARVEY, husband and wife, and THE ROBERT J. AND SUZANNE R. HARVEY FAMILY TRUST OF 1997, a California trust

VERIFIED COMPLAINT OF ROBERT HARVEY ET AL.

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand that this action be tried to a jury.

Respectfully Submitted,

Dated:     March 17, 2009

D. Alexander Floum, Esq.
THE WILLIAMS FIRM
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, California 94596
Telephone: (925) 933-9800
Facsimile: (925) 933-9810
Email: afloum@williams-firm.com

Attorneys for Plaintiffs,
ROBERT and SUZANNE HARVEY, husband
and wife, and THE ROBERT J. AND
SUZANNE R. HARVEY FAMILY TRUST OF
1997, a California trust

-28-
VERIFIED COMPLAINT OF ROBERT HARVEY ET AL.

## VERIFICATION

I, Robert Harvey, am one of the named Plaintiffs in this action, a trustee of the TRUST, a named Plaintiff in this action, and am authorized to make this verification on behalf of the TRUST, and I make this verification for that reason. I have read the foregoing Verified Complaint and know its contents. The matters stated in it are true of my own knowledge, except as to those matters which are stated on information and belief, and to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this $30$ day of March, 2009, at Alamo. California.

Robert Harvey

VERIFIED COMPLAINT OF ROBERT HARVEY ET AL.

# EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-900-257**

**Effective date of
registration:**

February 27, 2009

## Title

**Title of Work:** Virtual Reality and the College Freshman: All Our Friends Are 18

## Completion/ Publication

**Year of Completion:** 1997

**Date of 1st Publication:** March 1, 1999        **Nation of 1st Publication:** United States

**International Standard Number:** ISBN        1-893739-00-7

## Author

■    **Author:** Robert J. Harvey

**Author Created:** artwork

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

**Year Born:** 1932

■    **Author:** Suzanne R. Harvey

**Author Created:** artwork

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

**Year Born:** 1934

■    **Author:** Robert J. Harvey

**Author Created:** text, photographs

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

**Year Born:** 1932

■ **Author:** Suzanne R. Harvey

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

**Year Born:** 1934

## Copyright claimant

**Copyright Claimant:** Robert J. and Suzanne R. Harvey 1997 Family Trust

312 ENSLEY COURT, ALAMO, CA, 94507, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** D. Alexander Floum

**Date:** February 23, 2009

**Correspondence:** Yes

IPN#:

**Registration #:**   TX0006900257

**Service Request #:**   1-163734801

The Williams Firm
D. Alexander Floum
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, CA 94596  United States

# EXHIBIT "B"

Hallo! Melden Sie sich an, um persönliche Empfehlungen zu erhalten. Neukunde? Bitte hier starten. Jetzt kostenlosen Premiumversand nutzen! ⊙

| Mein Amazon.de | Sonderangebote | Wunschzettel | Gutscheine | Geschenke | | Mein Konto | Hilfe | Impressum |

**Amazon.de**    virtual reality and the college freshman

**Amazon.de**

| Gutscheine | Hollywood | Bestseller | Sonderangebote | Jetzt Verkaufen | Disney | Sony Entertainment | Grönemeyer |

## "virtual reality and the college freshman"

**Kategorie**
**Beliebige Kategorie**
Englische Bücher (1)

**Lieblingslisten**

Lieblingslisten
Ihre eigene
Liste hier
erstellen
so geht's
Legen Sie Ihre eigene
Lieblingsliste an

**Suche Lieblingslisten**

Ergebnisse aus allen Kategorien

Wählen Sie zum Sortieren eine Kategorie

1.    Keine Abbildung vorhanden    **Virtual Reality and the College Freshman: All Our Friends Are Eighteen (Worcester Polytechnic Institute Studies in Science, Technology, and Culture, Vol. 18)** von Suzanne R. Harvey und Robert J. Harvey von Peter Lang Pub Inc (**Gebundene Ausgabe** - Juli 2000)

Derzeit nicht verfügbar.

Englische Bücher: Alle Artikel ansehen

--- GESPONSERTE LINKS (Was ist das?) ---

**Virtual Reality**-Lösungen
www.epro.de   Wir liefern Ihnen Komplettlösungen im Bereich 3D & **Virtual Reality**

Medientechnik, Projektion
www.mevicom.de   Informationssysteme, Multimedia, Mediensteuerung, DigitalSignage

Quest3D 4.x discounts
www.See3D.be   3D Engine for Visualisation, Games, Simulation **and** more

**Ihr Kommentar zur Suche**

Haben Sie gefunden, was Sie suchen?   [ Ja ]   [ Nein ]

Anfragen können wir hier leider nicht beantworten. Antworten erhalten Sie auf unseren Hilfeseiten.

ANZEIGE

Powered by **A9**

**Wo ist meine Bestellung?**
● Alle Informationen zu Ihren letzten Bestellungen
● Bearbeiten oder überprüfen Sie Ihre offenen Bestellungen in "Mein Konto".

**Versand & Rücknahme**
● Unsere Versandbedingungen und unsere Sicherheitsgarantie
● Artikel zurücksenden? (Siehe Details zur Rücksendung)

**Brauchen Sie Hilfe?**
● Passwort vergessen?
● Geschenkgutscheine verschenken oder einlösen
● Besuchen Sie unsere Hilfeseiten.

**Für Sie dokumentiert** (Was ist das?)

**Sie haben keine kürzlich angesehenen Artikel.**

Sobald Sie sich Produktseiten oder Suchergebnisse angesehen haben, finden Sie diese Seiten zu Ihrer Information hier

**Einkauf fortsetzen:**

Case3:09-cv-01391-JSW   Document1   Filed03/30/09   Page36 of 51

aufgeführt.

**Kürzlich ausgeführte Suchanfragen**
germany
› **Besuchen Sie Ihre persönliche Seite**

**amazon.de** Amazon-Homepage

Internationale Seiten: USA | Großbritannien | Frankreich | Japan | Österreich | Kanada | China

Geld verdienen: Jetzt verkaufen | Fulfillment by Amazon | Amazon.de Partnerprogramm / Webmaster-Tools | Teilnehmen bei Advantage

Kundenservice | Hilfe | Einkaufswagen | Mein Konto

Über Amazon.de | Karriere bei Amazon

Unsere AGB | Datenschutzerklärung | Impressum © 1998-2009, Amazon.com, Inc. und Tochtergesellschaften

Hello. Sign in to get personalized recommendations. New customer? Start here.

Kindle 2 Has Arrived

Your Amazon.com     Today's Deals     Gifts & Wish Lists     Gift Cards

Your Account | Help

**Books**

| Books | Advanced Search | Browse Subjects | Hot New Releases | Bestsellers | The New York Times® Best Sellers | Libros En Español | Bargain Books | Textbooks |

This item is not eligible for Amazon Prime, but millions of other items are. Join **Amazon Prime** today. Already a member? Sign in.

No image available
Share your own customer image

## Virtual Reality and the College Freshman: All Our Friends Are Eighteen (Worcester Polytechnic Institute Studies in Science, Technology, and Culture, Vol. 19) (Hardcover)

by Suzanne R. Harvey (Author), Robert J. Harvey (Author)
No customer reviews yet. Be the first.

Get it for less!
Have one to sell?

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Publisher: learn how customers can search inside this book.

**Tell the Publisher!**
I'd like to read this book on Kindle

Don't have a Kindle? Get yours here.

**Also Available In: List Price: Our Price: Other Offers:**
Unknown Binding            13 used & new from $2.47

✉ Share with Friends

## Product Details

**Hardcover**

Publisher: Peter Lang Pub Inc (July 2000)

**ISBN-10:** 0820442879

**ISBN-13:** 978-0820442877

**Shipping Weight:** 1.7 pounds

**Average Customer Review:** No customer reviews yet. Be the first.

**Amazon.com Sales Rank:** #7,054,187 In Books (See Bestsellers in Books)
(Publishers and authors: Improve Your Sales)

**Also Available in:** Unknown Binding | All Editions

Would you like to **update product info** or **give feedback on images**?

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

**College** Survival Kit Gift
www.Chinaberry.com    Send that **College** student off with 15 must-have items for dorm living.

See a problem with these advertisements? Let us know

Advertise on Amazon

## Tag this product ( What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

Your tags: Add your first tag

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

**Search Products Tagged with**

[        ] GO

› See most popular Tags

## Sell a Digital Version of This Book in the Kindle Store

If you are a publisher or author and hold the digital rights to a book, you can sell a digital version of it in our Kindle Store. Learn more

## Rate This Item to Improve Your Recommendations

Case3:09-cv-01391-JSW   Document1   Filed03/30/09   Page38 of 51

Sign in to rate this item
☆☆☆☆☆   I own it

## Customer Reviews

There are no customer reviews yet.   [ Create your own review ]

ADVERTISEMENT

### Video reviews

New feature! Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.

## Customer Discussions Beta (What's this?)

New! See all customer communities, and bookmark your communities to keep track of them.

### This product's forum (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

### Related forums

education  (45 discussions)

Ask questions, Share opinions, Gain insight

### Start a new discussion

Topic: [                                          ]

### Active discussions in related forums

| Discussion | Replies | Latest Post |
|---|---|---|
| education | | |
| ⊡ Student Brains or Education System, ADHD what's wrong? | 167 | 1 hour ago |
| education | | |
| ⊡ Is reading the missing link to building imagination in children? | 1 | 2 hours ago |
| education | | |
| ⊡ Is Education for our children Important in America at all? Is it to You? | 500 | 2 days ago |
| education | | |
| ⊡ good strategies for teaching mathematics in grade school and middle school? | 91 | 2 days ago |
| education | | |
| ⊡ What are your tips for getting good grades? | 47 | 6 days ago |
| education | | |
| ⊡ Looking for a book that addresses racism for 4th grade boy | 22 | 6 days ago |
| education | | |
| ⊡ sign language for special education/preschoolers/dayc... | 5 | 9 days ago |

## Product Information from the Amapedia Community Beta (What's this?)

Be the first person to add an article about this item at Amapedia.com.

> See featured Amapedia.com articles

## Look for Similar Items by Category

Nonfiction > Education > General

Professional & Technical > Education > General

## Look for Similar Items by Subject

- ☐ California
- ☐ College student orientation
- ☐ Dormitories
- ☐ Dormitory life
- ☐ Staff
- ☐ Stanford
- ☐ Education

Find books matching ALL checked subjects

i.e., each book must be in subject 1 AND subject 2 AND ...

**NARS: Free Shipping**

Get free shipping on all NARS Cosmetics orders of $60 or more. Shop NARS' blush, eyeshadows, lips, palletes and more NARS favorites now.

> Shop NARS now

**Big Savings in Books**

Bargain Books

Find great titles at fantastic prices in our Bargain Books Store.

**Not as Cold as Ice**

Don't let ice bring you down this winter. Check out the de-icers and salt spreaders in the Home Improvement Store.

> Shop all snow removal products

**Best Books**

Best of the Month

See our editors' picks and more of the best new books on our Best of the Month page.

ADVERTISEMENT

## Feedback

▸ If you need help or have a question for Customer Service, **contact us**.

▸ Would you like to **update product info** or **give feedback on images**?

▸ Is there any other feedback you would like to provide? **Click here**

**Where's My Stuff?**

Track your recent orders.

View or change your orders in Your Account.

**Shipping & Returns**

See our shipping rates & policies.

Return an item (here's our Returns Policy).

**Need Help?**

Forgot your password?

Buy gift cards.

Visit our Help department.

**Search** Amazon.com  [    ]  GO

## Your Recent History  (What's this?)

**You have no recently viewed items or searches.**

After viewing product detail pages or

**Continue shopping:**

Case3:09-cv-01391-JSW Document1 Filed03/30/09 Page40 of 51

search results, look here to find an easy
way to navigate back to pages you are
interested in.

**amazon.com**®    Amazon.com Home  |  Directory of All Stores

International Sites: Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Business Programs: Sell on Amazon  |  Build an eCommerce Site  |  Advertise With Us  |  Developer Services  |  Self-Publish with Us

Help  |  View Cart  |  Your Account  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage

Conditions of Use | Privacy Notice © 1996-2009, Amazon.com, Inc. or its affiliates

こんにちは。 おすすめ商品を見るには<u>サインイン</u>してください。初めての方は<u>こちら</u>。 Amazonプライ

マイストア　　　Amazonポイント　ギフト券　　お買い得情報　　　　　　　　　アカウン

洋書

| 洋書 | | 詳細検索　ジャンル　ベストセラー　初めての洋書　英語学習　ペーパーバック | バーゲン |

この商品はAmazon プライムの対象商品ではありませんが、数十万点を超える商品が対象です。 今すぐ<u>Amazon Prime</u>に会員登録してください。 会員登録はお済みでしょうか?<u>サインイン</u>。

**Virtual Reality and the College Freshman: All Our Friends Are Eighteen (Worcester Polytechnic Institute Studies in Science, Technology, and Culture, Vol. 19) (ハードカバー)**

Suzanne R. Harvey (著), Robert J. Harvey (著)
まだカスタマーレビューはありません。 最初のレビューを書く

イメージはありません
<u>自分のカスタマー画像を共有する</u>

出版社、著者の方へ:「なか見！検索」で書籍を紹介しませんか?

<u>Click here</u> to see in English.

この商品を安く買いたい！
中古商品を予約する

この商品をお持ちですか？
マーケットプレイスに出品する

ほしい物リストに追加する

この本は現在お取り扱いできません。 在庫状況について

【円高還元】今がチャンス！<u>洋書おすすめタイトル</u>を今すぐチェック。

<u>予約注文・限定版 / 初回版・特典に関する注意</u>

## 登録情報

ハードカバー
出版社: Peter Lang Pub Inc (2001)
言語 英語, 英語
ISBN-10: 0820442879
ISBN-13: 978-0820442877
発売日 : 2001
おすすめ度: まだカスタマーレビューはありません。 <u>最初のレビューを書く</u>

カタログ情報を<u>更新する</u>または<u>イメージに対するお問い合わせ</u>

## この商品にタグをつける (詳細)

タグは、商品との関連性が非常に強いキーワードまたはラベルのようなものです。
タグにより、すべてのお客様がお気に入りの商品の整理と確認を行うことができます。
※タグは初期設定で公開になっています。詳しくは<u>こちら</u>

自分のタグ: <u>最初のタグを追加する</u>

### タグの検索

> <u>最も人気のあるタグを見る</u>

## カスタマーレビュー

まだカスタマーレビューはありません。 [ 自分のレビューを作成する ]

## ビデオレビュー

**新機能!** 現在Amazonでは、カスタマーは商品のビデオレビューを
アップロードできます。Webカメラまたはビデオカメラを使用して
録画し、Amazonにレビューをアップロードしてください。

## クチコミ ベータ版 (詳細)

※「クチコミ」では、「クチコミ」ガイドライン等に基づき、評価の高低等にかかわらず、お客様の自由な投稿を掲載しています。商品のご購入の際はお客様自身
でご判断下さい。

### この商品のトピック一覧 (0件のトピック)

| トピック | 返答 | 最新の投稿 |
| --- | --- | --- |
| まだトピックはありません | | |

質問や意見を交換しましょう

新しいトピックを作成する

トピックのタイトル: [                              ]

## 関連商品を探す

Special Features > all foreign books

## 同じキーワードの商品を探す

☐ California
☐ College student orientation
☐ Dormitories
☐ Dormitory life
☐ Staff
☐ Stanford
☐ Education

チェックしたキーワードすべてに当てはまる洋書を探す
この本は、それぞれの上記のテーマに含まれています。

## フィードバック

カタログ情報を更新するまたはイメージに対するお問い合わせ
著者からのコメント

出版社からのコメント

携帯でお買い物
『キャス・キッドソンへようこそ2』が、携帯サイト「Amazonモバイル」で大人気。携帯サイトの登録は不要、PCと同じEメールアドレスですぐ使えます。アクセス方法：QRコード | メールでURLを送る | Amazonモバイル詳細



46年ぶりの皆既日食！
2009年は皆既日食。『理科年表 平成21年 机上版』』は、世界天文年の最新情報や気象、地理などあらゆる科学情報を掲載。



出店企業続々！
マーチャント＠amazon.co.jp

· · · AD · · ·

注文した商品はどこ？
最近の注文状況を見る
アカウントサービスを使用して、注文を確認または変更してください。

配送と返品について
配送料と配送情報
商品を返品する

ヘルプデスク
パスワードを忘れた場合
Amazonギフト券
ヘルプデスクをご覧ください。

検索　洋書　　　　　　　　　GO

チェックした商品の履歴 (詳細はこちら)

最近チェックまたはサーチした商品はありません。

製品詳細ページやサーチ結果を表示した後、興味のあるページに戻る簡単な方法についてはここを参照してください。

ショッピングを続ける：

**amazon.co.jp** Amazon.co.jp ホーム

インターナショナルサイト： 米国 | イギリス | ドイツ | フランス | カナダ | 中国

Case3:09-cv-01391-JSW    Document1    Filed03/30/09    Page44 of 51

Amazonでビジネス: 出品・出店サービス ｜ Webサービス ｜ フルフィルメント by Amazon ｜ アソシエイト・プログラム （アフィリエイト） ｜ e託販売サービス

カスタマーサービスに連絡 ｜ ヘルプ ｜ カートを見る ｜ アカウントサービス ｜ 1-Click設定を表示

Amazon.co.jp について ｜ プレスリリース ｜ スタッフ募集

利用規約 ｜ プライバシー規約 ©2000-2009, Amazon.com, Inc. and its affiliates

Virtual Reality and the College Freshman All Our Friends Are Eighteen ... e By Harvey, Robert J.: 9780820442877 /Book: Education=eCampus.com    3/30/09 9:20 AM

Case3:09-cv-01391-JSW   Document1   Filed03/30/09   Page45 of 51

Sign in to see your personalized home page



My Account | Help Desk | Market Place | Shopping Cart

**Free Shipping!** No items in cart.
$59 or more. Click here for details!    Total $0.00

Textbooks   Sell Textbooks   Books   Supplies   Medical Books   College Apparel   Movies   Clearance

**Search** enter your search   Go   Advanced >>

Related Topics: Education >> General



**Virtual Reality and the College Freshman: All Our Friends Are Eighteen**
Author(s): Harvey, Suzanne R.; Harvey, Robert J.
ISBN10: 0820442879
ISBN13: 9780820442877
Format: Hardcover
Pub. Date: 7/1/2000
Publisher(s): Peter Lang Pub Inc

Send to a friend

Other versions by this Author

**New Price N/A**
List Price $49.95
eVIP Price $46.27
New Copy: Currently Not Available

**Used Price N/A**
List Price $49.95
eVIP Price N/A

Currently no Marketplace items available at this time.

Take 90 Days to Pay on $250 or more with Quick, Easy, Secure BillMeLater
Subject to credit approval.

## Super Bargains! Reduced 80% Or More!



Women Teaching For Change: Gender, Class And Power
List Price $31.95
Our Price: $5.86



A Butterflys Life Nf
List Price $5.40
Our Price: $1.00

Higher Education Through Open And Distance Learning
List Price $180.95
Our Price: $63.75



Growing Teachers: Partnerships In Staff Development
List Price $10.00
Our Price: $1.00

Tg Plb Transition Stage
List Price $34.60
Our Price: $1.00

 

Technology: Shaping Our World
List Price $42.00
Our Price: $1.00



Scientific Reading Assessment: Targeted Intervention And Follow-up Instruction
List Price $30.00
Our Price: $7.28



Test Best Mat Grade 1
List Price $6.40
Our Price: $0.81



Authors' Insights: Turning Teenagers Into Readers And Writers
List Price $14.95
Our Price: $2.66



Our Country
List Price $73.00
Our Price: $70.08



Bscs Middle School Science & Technology, Components-c
List Price $48.00
Our Price: $8.70



Test Best On The Sat: Primary 3
List Price $16.10
Our Price: $1.50

## Check Out These Items!



eCampus.com Pink Backpack
Retail Price $28.95
Our Price $10.00



eCampus.com Navy Notebook
Retail Price $5.00
Our Price $2.99

eCampus.com T-Shirt
Retail Price $14.00
Our Price $2.00



eCampus.com 2GB USB Drive
Retail Price $37.95
Our Price $22.00



Buy Textbooks          Order Status         Contact Us           Help Desk
Sell Textbooks         Shipping Rates       Privacy Policy       eCampus Blog
College Apparel        Return Policy        Legal Notices        Affiliate Program
Shop by School         Marketplace Info     Site Security        Bulk Orders
Virtual Bookstores     F.A.S.T.             Employment           College Marketing



McAfee SECURE
TESTED DAILY  30-MAR

RSS  Need Help? eService@ecampus.com  Copyright© 1999-2008   


**WorldCat**

Home    Search

Create lists, bibliographies and reviews  Sign in or

**Search for items:**                                    Advanced Se:

<< Return to Search Results

## Virtual reality and the college freshman : all our friends are eighteen

by Suzanne R Harvey;  Robert J Harvey

(not yet rated)

| | |
|---|---|
| Type: | Book; English |
| Publisher: | New York : P. Lang, 1999. |
| Editions: | 2 Editions |
| ISBN: | 0820442879 9780820442877 |
| OCLC: | 39810858 |
| Related Subjects: | College student orientation -- California -- Stanford.  \|  Stanford University -- Freshmen.  \|  Dormitory life -- California -- Stanford.  \|  Dormitories -- California -- Stanford -- Staff. |
| Citations: | Cite this Item  \|  Export to EndNote  \|  Export to RefWorks |

**Get It**
> Find in other
WorldCat libraries
Buy from Amazon.com

**Save It**
Add This Page to Favorites
Save to:
[New List]
Save

**Add to It**
Review this Item
Tag this Item

**Share It**
Link to this Page
E-mail this Item
BOOKMARK

| Libraries | Details | Reviews | Tags | Related Items |
|---|---|---|---|---|

**Buy This Item**

**Enter Location Information:**  → Cupertino CA          Go
95014 Cupertino, CA
Enter postal code, state, province or country

Displaying libraries 1-2 out of 2                    95014 Cupertino, CA

Showing libraries that own:  Any Edition  |  **Just this Edition**

**WorldC**

**Thank you for site!**

You have been sel
a customer satisfa
survey is conducte
company.

The feedback obta

> 1.  **Chicago Public Library**    Chicago, IL 60605 United States    1800 miles

Add to favorites

Book

Services: Library Information    Ask a librarian

2.  **Die Deutsche Nationalbibliothek**    Frankfurt AM Main, D-60322 Germany    5000 miles

# Bigger**BOOKS**.com



Free Shipping. $59 or more. Details here!

.: HOME    .: BESTSELLERS    .: COMING SOON    .: NEW RELEASES    .: FICTION    .: NON-FICTION    .: CHILDREN'S    .: CLEARANCE BOOKS

100% Satisfaction Guaranteed | A BIGGER selection for a BETTER price!

**SEARCH**

| Books | ▼ |

Go

Advanced Search

**Browse**

Art
Biographies
Business/Investing
Children's Books
Computers/Internet
Cooking/Beverages
Health/Fitness
History
Fiction
Parenting & Families
Reference
Religion/Spirituality
Science
Sports
Travel

**Find related items:**

Education > General

## Item Detail



## Virtual Reality and the College Freshman: All Our Friends Are Eighteen

Author(s): Harvey, Suzanne R.; Harvey, Robert J.
ISBN10: 0820442879
ISBN13: 9780820442877
Cover: Hardcover
Copyright: 07/01/2000

**Currently Not Available**

List Price $49.95
Our Price $47.72
You save $2.23

100% Satisfaction Guaranteed | A BIGGER Selection at a BETTER price

About Us | Contact Us | Privacy Policy | Help Desk | Order Status | Shipping Options | Affiliate Program

Service@BiggerBooks.com
Privacy Policy and Legal Notices
© Copyright 1999-2009
A Book Company, LLC.



McAfee SECURE

TESTED    03-MAR



COMODO
AUTHENTIC & SECURE

Home    Skincare    Makeup    Fragrance    Sitemap

**AVON ASTORE**

AVON

california college harvey mudd    Search

Shopping Avon Products

www.avonastore.com

**LIST PRODUCT**

Results of "california college harvey "

Virtual Reality and the College Freshman: All Our Friends Are Eighteen (Worcester Polytechnic Institute Studies in Science, Technology, and Culture, Vol. 19)

N/A
More Details

The history of Merced College, California

N/A
More Details

Computer simulation [sic] of smog production in the Pomona-Walnut Valley of California: Final project report

N/A
More Details

Page 1 of 2                                                                 Next Page

**Related Products**
California College Harvey | California College Harvey M | California College Harvey Mudd |

Partner Links: turnkey websites | Shopping blog

CopyRight © Avon around the world: www.avonastore.com    Home    Skin Care    Makeup    Bath & Body    Mark    Fragrance    Sitemap

1 of 1                                                                                                       3/3/09 2:45 PM

Case3:09-cv-01391-JSW   Document1   Filed03/30/09   Page49 of 51

# Google
**Book Search** BETA

| editions:isbn1893739007 | | Search Books | Advanced Book Search |
Google Book Search Help |

---

**Books** | Showing:  All books                    Books 1 - 2 of about 2 editions of Virtual Reality and the College Freshman: All Our Friends are 18.

List view  Cover view

Virtual Reality and the College Freshman: All Our Friends Are Eighteen
by Suzanne R. Harvey - Education - 1999
No preview available - About this book - Add to my shared library

Virtual Reality and the College Freshman: All Our Friends Are 18
by Suzanne R Harvey - Education - 1999 - 223 pages
No preview available - About this book - Add to my shared library

| | Search Books |

Google Book Search Help | Advanced Book Search

About Google Book Search - Book Search Blog - Information for Publishers - Google Home
©2009 Google

# WorldCat®

Home    Search         Create lists, bibliographies and reviews: Sign in or create a free account

Search for items: [                    ]  [       ]    Advanced Search

## Virtual reality and the college freshman : all our friends are eighteen

by Suzanne R Harvey; Robert J Harvey

(not yet rated)

| | |
|---|---|
| Type: | Book; English |
| Publisher: | New York : P. Lang, 1999. |
| Editions: | 2 Editions |
| ISBN: | 0820442879 9780820442877 |
| OCLC: | 39810858 |
| Related Subjects: | College student orientation -- California -- Stanford.   |   Stanford University -- Freshmen.   |   Dormitory life -- California -- Stanford.   |   Dormitories -- California -- Stanford -- Staff. |
| Citations: | Cite this Item   |   Export to EndNote   |   Export to RefWorks |

**Get It**
- Find in other WorldCat libraries
- Buy from Amazon.com

**Save It**
Add This Page to Favorites
Save to: [New List]
[ Save ]

**Add to It**
Review this Item
Tag this Item

**Share It**
Link to this Page
E-mail this Item
BOOKMARK

---

| Libraries | Details | Reviews | Tags | Read by Others |
|---|---|---|---|---|

**Enter Location Information:** [California] [Go]
Enter postal code, state, province or country

Displaying libraries 1-1 out of 1 for all **2 editions**      Germany

Showing libraries that own: **Any Edition** | Just this Edition

1. **Die Deutsche Nationalbibliothek**   Frankfurt AM Main, D-60322 Germany
   Add to favorites

   Book

   Services: Library Information

*Distances, where provided, are approximate and based on postal-code geographic centers

Displaying libraries 1-1 out of 1 for all **2 editions**      Germany

**Buy This Item**

No image available

Virtual Reality and the College Fres...
Suzanne R. Harvey,...

**Buy New**

Buy from amazon.com

Privacy Information

**Find in a Library anytime**
with always-there browser tools
Learn more and download

---

# Suzanne R Harvey

J.K. Rowling
Robert Jordan

Suzanne R Harvey

( Search 4 Author )



## Top selling products for Suzanne R Harvey:

**Virtual Reality and the College Freshman: All Our Friends Are Eighteen (Worcester Polytechnic Institute Studies in Science, Technology, and Culture, Vol. 19)**
Author: Suzanne R. Harvey
Manufacturer: Peter Lang Pub Inc

**Virtual reality and the college freshman: All our friends are 18**
Author: Suzanne R Harvey
Manufacturer: Alamo Trails Press

## Bookmark products for Suzanne R Harvey



FOR EVERYTHING
OSCAR...

**FROM WHAT THEY SAID TO WHAT THEY WORE.**

ET HD

**TONIGHT**

For more go to
www.etonline.com

etonline.com
Ads by Goooooogle

Suzanne R Harvey
related sponsored ads