1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   P. CRAIG CARDON, Cal. Bar No. 168646
3  NATHANIEL P. BRUNO, Cal. Bar No. 228118
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4109
   Telephone:    415-434-9100
5  Facsimile:    415-434-3947
   E-Mail:        ccardon@sheppardmullin.com
6                 nbruno@sheppardmullin.com

7  Attorneys for Defendant
   PETER LANG PUBLISHING, INC.
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13

14  ROBERT and SUZANNE HARVEY, husband    Civil Action No. 3:09-cv-01391-JSW
    and wife; THE ROBERT J. AND SUZANNE
    R. HARVEY FAMILY TRUST OF 1997, a
15  California trust;                     **[PROPOSED] ORDER GRANTING
                                          DEFENDANT'S MOTION TO SET ASIDE
16                  Plaintiffs,           ENTRY OF DEFAULT**

17       v.

18  PETER LANG PUBLISHING INC., a New     Hearing Date:  August 14, 2009
    York corporation; and DOES 1 through 100, Hearing Time:  9:00 a.m.
19  inclusive,
                                          Courtroom:  11, 19th Floor
20                  Defendants.           Honorable Jeffrey S. White

21

22

23

24

25

26

27

28
                                         -1-
W02-WEST:6NB1\401582994.1                [PROPOSED] ORDER GRANTING DEFENDANT'S
Civil Action No. 3:09-cv-01391-JSW       MOTION TO SET ASIDE ENTRY OF DEFAULT

**ORDER**

Defendant Peter Lang Publishing, Inc.'s ("Peter Lang's") pending Motion entitled "**MOTION TO SET ASIDE ENTRY OF DEFAULT**," having been duly presented to the Honorable United States District Judge Jeffrey S, White, and after considering the papers and the arguments of counsel, Federal Rules of Civil Procedure (including Rule 55(c)), and relevant case law, the Court has determined that Peter Lang's Motion should be, and hereby is, **GRANTED**, as follows:

1. **IT IS HEREBY ORDERED THAT** the entry of default rendered against Peter Lang as Docket No. 11 in this action on May 14, 2009 shall be, and hereby is, set aside and extinguished. The entry of default is set aside based on Peter Lang's showing of "good cause" under Fed. R. Civ. P. 55(c) due to excusable neglect, in that 1) Peter Lang had a reasonable excuse for the default based on its good faith settlement-related communications with Plaintiffs' counsel and its reliance on representations by Plaintiffs' counsel that made Peter Lang believe the parties would attempt an informal resolution of their disputes before the formal action proceeded, 2) Peter Lang did not exhibit any culpable conduct, 3) Peter Lang has a very meritorious defense to this action, which it communicated to Plaintiffs' counsel along with an offer of proof and understood Plaintiffs' counsel to be investigating and planning to address prior to the need for a responsive pleading from Peter Lang, 4) Plaintiffs will not be prejudiced by a setting aside of the entry of default, 5) this Motion has been timely and expeditiously filed, and 6) the presumption in favor of decisions on the merits and against defaults should operate in full force in these circumstances. *See e.g. Pioneer Investment Servs. Co. v. Brunswick Assocs. Ltd. Partnership*, 507 U.S. 380, 393-395 (1993); *TCI Group Life Ins. Plan v. Knoebber*, 244 F.3d 691, 696-701 (9th Cir. 2001); *Schwab v. Bullock's Inc.*, 508 F.2d 353, 355-356 (9th Cir. 1974).

//
//
//

2.     **IT IS HEREBY FURTHER ORDERED THAT** Peter Lang shall have through and including _____, 2009 [the date that is ten days following entry of this Order] within which to respond to Plaintiffs' First Amended Complaint in this action.

**IT IS SO ORDERED.**

Dated:_____            _____
                                          Honorable Jeffrey S. White
                                          United States District Judge

-3-