**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HARVEY, et al., | |
| Plaintiffs, | No. 09-01391 JSW |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| PETER LANG PUBLISHING, INC., | |
| Defendant. | |

On June 8, 2009, Defendant Peter Lang Publishing, Inc. filed a Motion to Set Aside Entry of Default, which is noticed for a hearing on August 14, 2009. It is HEREBY ORDERED that Plaintiffs' opposition to the motion shall be due on June 29, 2009, and Defendant's reply shall be due on July 7, 2009. If the parties wish to modify this briefing schedule, they must submit a request demonstrating good cause for any such modification. In the event the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 8, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE