# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT and SUZANNE HARVEY, husband and wife; THE ROBERT J. AND SUZANNE R. HARVEY FAMILY TRUST OF 1997, a California trust;<br><br>        Plaintiffs,<br><br>v.<br><br>PETER LANG PUBLISHING INC., a New York corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO: CV 09-01391 JSW<br><br>**ORDER DENYING** STIPULATION CONTINUING CASE MANAGEMENT COFERENCE |

WHEREAS, Plaintiffs' counsel has requested a brief continuance of the Case Management Conference currently scheduled for August 14, 2009, at 1:30 p.m.;

AND WHEREAS, Defendant's counsel has agreed subject to the date for Initial Disclosures to be exchanged remain August 7, 2009;

IT IS HEREBY STIPULATED by and between the parties to this

-1-

action through their designated counsel that the Case Management Conference, currently scheduled for August 14, 2009, at 1:30 p.m, be continued for approximately one (1) month.

IT IS HEREBY FURTHER STIPULATED that the continued Case Management Conference not be held between August 31, 2009, to September 7, 2009, or September 15, 2009, to September 17, 2009, when counsel are unavailable.

IT IS HEREBY FURTHER STIPULATED that the parties shall exchange Initial Disclosures on August 7, 2009.

Dated:   August 3, 2009         _____/DAF/_____
                                D. Alexander Floum, Esq.
                                THE WILLIAMS FIRM
                                1850 Mt. Diablo Blvd., Suite 340
                                Walnut Creek, California 94596
                                Telephone:  (925) 933-9800
                                Facsimile:  (925) 933-9810
                                Email: afloum@williams-firm.com
                                Attorneys for Plaintiffs, ROBERT
                                and SUZANNE HARVEY, husband and
                                wife; THE ROBERT J. AND SUZANNE R.
                                HARVEY FAMILY TRUST OF 1997, a
                                California trust

Dated:   August 3, 2009

                                _____/PCC/_____
                                P. Craig Cardon, Esq.
                                SHEPPARD, MULLIN, RICHTER
                                & HAMPTON LLP
                                Four Embarcadero Center, Suite
                                1700 San Francisco, CA 94111
                                Telephone:  (415) 774-2967
                                Facsimile:  (415) 403-6002
                                Email: CCardon@sheppardmullin.com
                                Attorneys for Defendant, PETER
                                LANG PUBLISHING INC., a New York
                                corporation

-2-
STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 09-01391 JSW

**ORDER**

~~IT IS HEREBY ORDERED THAT the Case Management Conference in the above-described action be and hereby is continued until _____, 2009,~~ the parties shall exchange Initial Disclosures on August 7, 2009. The request to continue the case management conference is denied without prejudice to a showing of good cause for the request.

IT IS SO ORDERED.

Dated: August 10, 2009

_____
United States District Judge

---

-3-

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 09-01391 JSW